**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. [          ]—Civ—[          ]/[          ]

INGENUITY13 LLC,

        Plaintiff,

   v.

JOHN DOE,

        Defendant,

_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff Ingenuity13 LLC ("Plaintiff") does not have a parent corporation.  No publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

Ingenuity13 LLC,

DATED: July 25, 2012

By:    /s/ Joseph Perea_____
        Joseph Perea (Bar No. 47782)
        Of Counsel to Prenda Law Inc.
        9100 S. Dadeland Blvd., Suite 1500
        Miami, Florida 33156
        Phone: 415-325-5900
        E-mail: joperea@wefightpiracy.com
        *Attorney for Plaintiff*