UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-CV-22756-ALTONAGA/SIMONTON

INGENUITY 13 LLC,

    Plaintiff,

  v.

JOHN DOE,

    Defendant.
_____/

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Ingenuity13 LLC.

DATED: October 12, 2012

Respectfully submitted,

Ingenuity13 LLC

By:    /s/ Alan Greenstein
Alan Greenstein (Bar # 237817)
ALAN J. GREENSTEIN, P.A.
9155 S. Dadeland Blvd., Suite 1012
Miami, Florida 33156
Phone: 305-772-7083
Facsimile: 305-667-5935
Email: agreenstein004@hotmail.com