UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22756-CIV-ALTONAGA

**INGENUITY13 LLC**,

    Plaintiff,

v.

**JOHN DOE**,

    Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court *sua sponte*. On August 20, 2012, the Court entered an Order requiring Plaintiff to file proof of service as to Defendant on or before November 26, 2012 [ECF No. 6]. The Order advised that failure to file proof of service would result in a dismissal without prejudice without further notice as to this action. Plaintiff has failed to comply with the Order, has not sought an extension of time within which to do so, and has not advised that a dismissal as to this case will result in a statute of limitations bar to re-filing. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. The Clerk is instructed to mark this case **CLOSED**.

**DONE AND ORDERED** in chambers at Miami, Florida, this 27th day of November, 2012.

                                          _____
                                          **CECILIA M. ALTONAGA**
                                          **UNITED STATES DISTRICT JUDGE**

CASE NO. 12-22756-CIV-ALTONAGA

cc: counsel of record